

**U. S. Department of Justice**

*Thomas G. Walker*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## UPDATED RELATED CASE MEMORANDUM

DATE: May 21, 2013 [May 8, 2013]

TO: ✓ Clerk's Office
United States District Court
Raleigh, North Carolina

FROM: J. Gaston B. Williams
Assistant United States Attorney
Criminal Division

SUBJECT: <u>United States v. ANGELA CHRISTINA LAINEZ-FLORES</u>
Docket No. _____  Southern Division
<u>United States v. KAREN CHRISTINA MEJIA</u>
Docket No. 7:13-CR-69-1 (3) Southern Division
7:13-CR-69-2 (3)

    The accompanying Indictment charges Defendants ANGELA CHRISTINA LAINEZ-FLORES and KAREN CHRISTINA MEJIA with: Count One - Conspiracy to Defraud the Government with Respect to Claims; 18 U.S.C. § 286; and Aggravated ID Theft; 18 U.S.C. § 1028A.

    A previously filed Criminal Information, <u>United States v. Sealed Defendant,</u> Docket No. 7:13-CR-00016-1BO involves the same related defendants in overlapping tax fraud conspiracies as that charged in the new case. Substantial duplication of labor, particularly at sentencing proceedings, would be required if these cases were heard by different judges.

Reviewed and approved by: _____
JOHN STUART BRUCE
First Assistant U.S. Attorney