UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-00069-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | |
| ANGELA CHRISTINA LAINEZ-FLORES | ) | |
| | ) | |

Upon motion of the Government, and for good cause shown, it is hereby ORDERED that Docket Entry No. 28 shall be sealed.

SO ORDERED, this the **16** day of July, 2013

_____
TERRENCE W. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE